UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MITCHELL NUNN,<br><br>                    Plaintiff,<br>    v.<br><br>RONALD HAYNES, SARA KARIKO, RYAN HERRINGTON, RON ATTARD,<br><br>                    Defendants. | Case No. 3:21-cv-05665-DGE-TLF<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR APRIL 11, 2022 |

       On September 10, 2021, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). On October 5, 2021, the Court granted plaintiff's motion. Dkt. 3. Upon subsequently screening plaintiff's complaint, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 5. The Court informed plaintiff that with respect to his proposed Eighth Amendment claim, he failed to state a cause of action because he did not allege any particularized wrongdoing or specific action by any Defendant suggesting that they acted with deliberate indifference to a serious risk of harm. Dkt. 5 at 5-6. Further, plaintiff did not indicate whether he has sought or exhausted his administrative remedies, which is a prerequisite to all prisoner lawsuits. *Id.* at 8.

       The deadline for plaintiff's response to the order to show cause was set for February 25, 2022. Plaintiff has not responded to the Court's order to show cause.

REPORT AND RECOMMENDATION - 1

Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

Plaintiff has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **April 11, 2022**, as noted in the caption.

Dated this 28th day of March, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

NOTED FOR APRIL 11, 2022 - 2