UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MITCHELL NUNN,<br><br>      Plaintiff,<br>  v.<br><br>RONALD HAYNES, et al.,<br><br>      Defendants. | CASE NO. 3:21-cv-05665-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Theresa L. Fricke (Dkt. No. 6). No objections were filed. The Court, having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is ADOPTED; and

(2) Plaintiff's complaint is DISMISSED without prejudice.

Dated this 18th day of April, 2022.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1
2
3 David G. Estudillo
United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2